CHITTENDEN COUNTY, JANUARY TERM, 1828.

### Thaddeus Tuttle vs. John Reynolds.

Tenant cannot dispute the title of the landlord nor of his grantee.

A disclaimer by the tenant, of his tenancy dispenses with the necessity of notice
to quit.

THIS was an action of *ejectment* brought to recover the seizen
and possession of a lot of land in *Essex*. At the trial before the
County Court the plaintiff offered evidence tending to prove that
in the year 1817 or 1818, the lot in question was vacant, and was
claimed by *Guy Catlin*; and that the defendant applied to the
said *Catlin*, for permission to enter upon and occupy the said lot
under him; which permission being granted by said *Catlin*, by
*parol*, the defendant entered into possession accordingly, and had
continued in possession up to that time; but that previous to the
commencement of the action, and up to the time of the seiz-
en alleged in the declaration, the defendant denied the right of
said *Catlin*, and of the plaintiff, to the premises; and disclaimed
any tenancy under either of them. The plaintiff further offered
to show a decree of the Court of Chancery between himself and
the said *Catlin*, and a deed, executed in pursuance thereof, of the
lot in question, by the said *Catlin*, to the plaintiff, but did not of-
fer to show any other or prior title in said *Catlin*. To this evi-
dence, the defendant's counsel objected on the ground that it was
not sufficient in law to entitle the plaintiff to recover. The Coun-
ty Court rejected the evidence and directed the jury to return a
verdict for the defendant; which they accordingly did.

The cause now came before the court on a a motion for a new
trial, founded on exceptions taken by the plaintiff to the aforesaid
decision of the County Court. The case was submitted without
argument.

TURNER, J. delivered the opinion of the court. It is a clear
principle of law that a tenant cannot dispute the title of his land-
lord. The evidence offered admits that *Reynolds* went into the
occupation of the land in question, as a tenant of *Catlin*. Nor is
it competent for the defendant to dispute the tittle of *Catlin's*
grantee. It is immaterial, as to him, whether *Catlin* and *Tuttle*
had a legal title or not. For his occupation of the land under *Cat-*

Chittenden, Jan. 1828. ⎱ *lin* is an admission of title, which he is forever
*Tuttle* vs. *Reynolds.* ⎰ precluded from retracting. After the transfer to *Tuttle,* the defendant should have attorned to him or surrendered the possession. And after refusing to do either, and after disclaiming to hold under *Catlin,* notice to quit was unnecessary on the part of *Catlin* or his *grantee.*—*Bul. N. P.* 96. From these principles it results that the evidence should have been admitted. New trial granted.

*Van Ness,* for the plaintiff.
*Bailey,* for the defendant.